

BOARD CERTIFIED
LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
ALSO LICENSED IN NEW MEXICO

HOLLY B. WILLIAMS
ATTORNEY AT LAW

June 11, 2024

**VIA EFILE**
Ms. Lynnelle Trevino
U.S. District Clerk's Office
200 East Wall, Room 222
Midland, TX 79701

Re:     Tara J. Gonzales v. Odessa College; Cause No. 7:23-cv-00020-DC-RCG; In the
        U.S. District Court for the Western District of Texas, Midland-Odessa Division

Dear Ms. Trevino:

I will be unavailable from June 24-July 8, 2024, to attend the annual convention of the National Employment Lawyers Association (NELA) and a family reunion.  I respectfully request that no hearings, court appearances, or major deadlines be scheduled during these dates.

Thank you for your consideration of this request.

Yours very truly,

**WILLIAMS LAW FIRM, P.C.**

By: *Holly Williams*
      Holly B. Williams

cc:     **VIA EFILE**
        Stephen D. Henninger
        Thomas P. Brandt
        John F. Roehm, III
        FANNING HARPER MARTINSON BRANDT & KUTCHIN
        One Glen Lakes
        8140 Walnut Hill Lane, Suite 200
        Dallas, TX  75231