UNITED STATES DISTRICT COURT

Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Tara J. Gonzales v. Odessa College, et al

2. Civil action number: 7:23-CV-00020

3. Nature of suit: Employment

4. Date of Mediation: February 5, 2025

5. When did the case settle?  ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee? $ 1950 per party   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Holly B. Williams
Address: Williams Law Firm, P.C.
1209 W. Texas Ave
Midland, TX 79701
Phone: 432 682 1884

Name: Stephen Henninger
Address: Fanning Harper Martinson
8140 Walnut Hill Ln, Ste 200
Dallas, TX 75231
Phone: 469 475 0222

Name:
Address:
Phone:

Name:
Address:
Phone:

9. Additional comments:

/s/ M Beth Krugler
Signature of Neutral
604 E Fourth Street, Suite 201
Address
Fort Worth, TX 76102

February 6, 2025
Date
817 377 8081
Phone

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*