IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **TARA J. GONZALES,** § | § | **CIVIL ACTION NUMBER** |
| **PLAINTIFF,** § | § | |
| **V.** § | § | **7:23-CV-20-DC-RCG** |
| **ODESSA COLLEGE** § | § | |
| **DEFENDANT.** § | § | **JURY DEMANDED** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff Tara J. Gonzales and Defendant Odessa College (collectively the "Parties") who, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal With Prejudice.

The Parties agree and stipulate that this action is hereby dismissed with prejudice in its entirety as shown by the signature of the parties' respective counsel below.

There are no pending motions before the Court in this Lawsuit as of the filing of this document.

Plaintiff agrees and stipulates that Plaintiff shall be solely responsible for her own attorney's fees and costs incurred as a result of this action except as otherwise agreed by the Parties. Defendant agrees and stipulates that it shall be solely responsible for its own attorney's fees and costs incurred as a result of this action.

This stipulation is effective upon filing of this document and no Court Order is required pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated: April 16, 2025.

Respectfully Submitted,                                Respectfully Submitted,

By: /s/ Holly B. Williams                              By: /s/ Thomas P. Brandt
    Holly B. Williams                                      Thomas P. Brandt
    Texas Bar No. 00788674                                 Texas Bar No. 02883500
                                                           John F. Roehm
**WILLIAMS LAW FIRM, P. C.**                           Texas Bar No. 171157500
1209 W Texas Ave
Midland, TX 79701-6173                                 **FANNING HARPER MARTINSON**
432-682-7800                                           **BRANDT & KUTCHIN, P.C.**
432-682-1112 (Fax)                                     One Glen Lakes
holly@williamslawpc.com                                8140 Walnut Hill Lane, Ste. 200
                                                   Dallas, TX 75231
**ATTORNEY FOR PLAINTIFF**                             (214) 369-1300
                                                   (214) 987-9649 (fax)
                                                   shenninger@fhmbk.com
                                                   tbrandt@fhmbk.com
                                                   jroehm@fhmbk.com

                                                   **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2025, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the ECF system of the Court. The CM/ECF system sent a "Notice of Electronic Filing" to all attorneys of record.

    /s/ Holly B. Williams
    Holly B. Williams